Case 2:16-mj-01236   Document 10   Filed in TXSD on 10/17/16   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 17, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE JUDGE NO. 2:16-MJ-1236 |
| | § | |
| ALBERTO ORTEGA | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the Defendant pending trial in this case:

(1)     There is a serious risk that the Defendant will not appear; and

(2)     There is a serious risk that the Defendant will endanger the safety of another person or the community.

The evidence against the Defendant meets the probable cause standard. The findings and conclusions contained in the Pretrial Services Report are adopted. The Defendant suffers from a serious addiction to drugs. He has never successfully completed a period of conditional release without a violation or without committing a new crime. He has produced no one who can verify his background information and serve as a third party custodian, and he has no place to live. He is a poor bond risk. This order of detention will be reconsidered if the Defendant can produce someone to verify his background information and serve as a third party custodian.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 17th day of October, 2016.

                                                                  _____
                                                                  B. JANICE ELLINGTON
                                                                  UNITED STATES MAGISTRATE JUDGE